Good morning, your honor. May it please the court, counsel. My name is Kim Driggers. I'm here on behalf of Larry Cooney. I'm an assistant public defender in the Eastern District of Arkansas and I'm so pleased to be here with you today to explain why Larry Cooney's sentence must be overturned. Larry Cooney is sitting in a prison cell right now in Forest City, Arkansas serving a nine-year sentence when he really should be only serving two at best. But in fact, with credit for the good time he's already served, Larry would be out. He would have finished his sentence by now. But Larry's sentencing hearing was riddled with errors and that's why he's serving a nine-year sentence. And I know because I was there. And I'm so glad that I'm here and I can answer your questions and tell you what really happened in that courtroom about a year ago. I identified several errors in the sentencing hearing in my brief, but if it's okay with the court, I really want to focus on the first two and that's the procedural and the substantive error. I really want to talk about what happened in the courtroom that day. I raised an argument about supervised release, but I'm just going to leave that to address all the briefs. What about the appellate waiver? I'm sorry? What about the appellate waiver? Why wouldn't that apply? Well, the appellate waiver applied to Mr. Cooney's original sentencing hearing. Does it say that? Well, it was that case and the plea agreement said... Is this a different case? It is the same case, Your Honor. It's a different framework. It's a different statute that's involved. So I didn't prepare for this, but I'm glad you mentioned it. So when Mr. Cooney was first facing indictment, he was charged and sentenced under the Armed Career Criminal Act. The plea agreement spelled that out. In fact, the parties agreed he was an armed career criminal. That plea agreement had a waiver of an appeal. It also had a waiver of collateral attack, which is a 2255. So for one reason why the appeal waiver doesn't apply here is because...